UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                          CASE NO. 08-03024
                                                                                CHAPTER 13
AMIN A DAIFALLAH
RANIA DAIFALLAH                                                                 JUDGE JANET S BAER

DEBTORS                                                                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE BANK NATIONAL TRUST

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 13 | 7185 2NDARRS 8416WES | $601.78 | $601.78 | $601.78 |
| Total Amount Paid by Trustee | | | | | $601.78 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-03024

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 15th day of May, 2013.

Debtor:
AMIN A DAIFALLAH
RANIA DAIFALLAH
8416 WESTBERRY LANE
TINLEY PARK, IL 60487

Attorney:
GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL 60462
via Clerk's ECF noticing procedures

Creditor:
DEUTSCHE BANK NATIONAL TRUST
% FRANKLIN CREDIT MANAGEMENT
PO BOX 2301
JERSEY CITY, NJ 07303-2301

Mortgage Creditor:
DEUTSCHE BANK NATIONAL TRUST
% FRANKLIN CREDIT MANAGEMENT
PO BOX 2301
JERSEY CITY, NJ 07303-2301

Mortgage Creditor:
US BANK NATIONAL ASSOCIATION
% WILSHIRE CREDIT CORP
PO BOX 1650
PORTLAND, OR 97207-1650

Mortgage Creditor:
DEUTSCHE BANK NATIONAL
% ROSICKI & ROSICKI
51 E BETHPAGE RD
PLAINVIEW, NY 11803

Mortgage Creditor:
BAC HOME LOAN SERVICING LP
2380 PERFORMANCE DR
MAIL STOP TX2-984-05-03
RICHARDSON, TX 75082

ELECTRONIC SERVICE - United States Trustee

Date: May 15, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603